Island Life Chiropractic Pain Care, PLLC v Nationwide Ins. (2021 NY Slip Op
50765(U))

[*1]

Island Life Chiropractic Pain Care, PLLC v Nationwide Ins.

2021 NY Slip Op 50765(U) [72 Misc 3d 137(A)]

Decided on July 30, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on July 30, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2019-340 K C

Island Life Chiropractic Pain Care, PLLC,
as Assignee of Bright, Sayquan U, Respondent,
against
Nationwide Ins., Appellant. 

Hollander Legal Group, P.C. (Allan S. Hollander of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Odessa
Kennedy, J.), entered December 6, 2018. The order, insofar as appealed from and as limited by
the brief, denied defendant's motion for summary judgment dismissing the complaint.

ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved
for summary judgment dismissing the complaint on the ground that plaintiff had failed to appear
for duly scheduled examinations under oath, and plaintiff cross-moved for summary judgment.
By order entered December 6, 2018, the Civil Court denied the motion and cross motion but
found, pursuant to CPLR 3212 (g), that the claims at issue were mailed by plaintiff and received
by defendant. Defendant appeals, as limited by its brief, from so much of the order as denied its
motion for summary judgment.
For the reasons stated in Allay Med. Servs., P.C., as Assignee of Bright, Sayquan U v
Nationwide Ins. (___ Misc 3d ___, 2021 NY Slip Op ______ [appeal No. 2019-118 K C],
decided herewith), the order, insofar as appealed from, is affirmed.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 30, 2021